1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

JOSEPH E. SINGLETON,

11

Plaintiff,

12

v.

Case No. C02-5477FDB

ORDER

13

DAVID A. JOHNSTON,

14

Defendant.

15

The Court adopted the Report and Recommendation in this case, and Plaintiff, who had been

16

proceeding *in forma pauperis*, appealed. Plaintiff now moves that transcripts of his case be provided

17

at government expense.  This cause of action was dismissed because Plaintiff had failed to exhaust

18

his administrative remedies.  Under these circumstances, Plaintiff's motion must be denied.

19

IT IS ORDERED: Plaintiff's Motion for Transcripts [Dkt. # 31] is DENIED.

20

DATED this 6th day of September, 2005.

21
22
23

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24
25
26

ORDER - 1